Tyson K. Hottinger (California State Bar No. 253221)
  E-mail: thottinger@mabr.com
Larry R. Laycock (Utah State Bar No. 4868; *Pro Hac Vice* Forthcoming)
  E-mail: llaycock@mabr.com
David R. Wright (Utah State Bar No. 5164; *Pro Hac Vice* Forthcoming)
  E-mail: dwright@mabr.com
Adam B. Beckstrom (Utah State Bar No. 14127; *Pro Hac Vice* Forthcoming)
  E-mail: abeckstrom@mabr.com

**MASCHOFF BRENNAN**

210 South Main St., Suite 600    &    20 Pacifica, Suite 1130
Salt Lake City, Utah 84111              Irvine, California 92618
Telephone:  (435) 252-1360              Telephone:  (949) 202-1900
Facsimile:  (435) 252-1361              Facsimile:  (949) 453-1104

Attorneys for Plaintiff Sundesa, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SACV13 - 01087 CJC (RNBx)

| | |
|---|---|
| Sundesa, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>Beachbody, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Civil Action No. _____<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>[Demand For Jury Trial] |

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Sundesa, LLC ("Sundesa") complains against defendant Beachbody, LLC ("Beachbody") for the causes of action alleged as follows:

## THE PARTIES

1. Sundesa is a limited liability company duly organized and existing under the laws of the State of Utah, with its principal place of business located at 284 South 700 West, Pleasant Grove, Utah 84062.

2. Sundesa alleges Beachbody is a limited liability company organized and existing under the laws of the State of Delaware with its principal place of business located at 3301 Exposition Boulevard, Santa Monica, California 90404.

## JURISDICTION AND VENUE

3. This is a civil action for patent infringement arising under the patent laws of the United States 35 U.S.C. §§ 1 *et seq.*, including 35 U.S.C. § 271.

4. This Court has original jurisdiction over the subject matter of this action under at least 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has personal jurisdiction over Beachbody because Beachbody has purposely availed itself of the privileges and benefits of the laws of the State of California and has committed acts of patent infringement within this judicial district.

6. Defendant does, and has done, substantial business in this judicial District, including: (i) committing acts of patent infringement in this judicial District and elsewhere in California; (ii) regularly doing business or soliciting business by virtue of Defendant's nationwide, interactive and commercial website which directs Defendant's services and products to California residents; (iii) establishing its headquarters and principle place of business in California; and (iv) engaging in other persistent courses of conduct, and/or deriving substantial revenue from products and/or services provided to persons in this District and State.

7. This Court's exercise of personal jurisdiction over Beachbody is consistent with the Constitutions of the United States and the State of California.

8. Venue is proper in this judicial district under at least 28 U.S.C. §§ 1391 and 1400.

## FACTUAL BACKGROUND

9. Sundesa's technological innovations are protected by, *inter alia*, a portfolio of utility and design patents, including United States Design Patent No. D510,235 (the "'235 Design Patent").

10. Sundesa is an exclusive licensee of the '235 Design Patent and has been granted all rights thereunder, including the right and standing to enforce the '235 Design Patent.

11. Beachbody makes, uses, sells, offers for sale, and imports Shakeology Shaker Cups, which can be found for sale at www.beachbody.com and www.amazon.com (the "Accused Products").

12. On July 18, 2013 Sundesa's attorneys sent Beachbody a letter informing Beachbody of its infringement of the '235 Design Patent.

13. Beachbody has had knowledge of the '235 Design Patent since at least about July 18, 2013.

14. Since learning of the '235 Design Patent, Beachbody has continued to infringe the '235 Design Patent.

15. Beachbody's manufacture, sale, offers for sale, and importation of the Accused Products, along with any use of the Accused Products by Beachbody or its customers, infringes the '235 Design Patent.

16. The design of the Accused Products is substantially the same as the design that is the subject matter of the '235 Design Patent.

17. Furthermore, the design of the Accused Products is so similar to the design that is the subject matter of the '235 Design Patent that it will deceive customers and persuade them to buy the Accused Products thinking they are actually buying products protected by the '235 Design Patent.

## FIRST CLAIM FOR RELIEF

### (Infringement of the '235 Design Patent)

18. By this reference Sundesa realleges and incorporates the foregoing paragraphs as though fully set forth herein.

19. Beachbody has infringed, and continues to infringe the '235 Design Patent by making, using, offering to sell, selling, or importing, in this District, and elsewhere in the United States, the Accused Product, the design of which is substantially the same as the ornamental design of the '235 Design Patent.

20. Beachbody's actions constitute infringement of the '235 Design Patent in violation of 35 U.S.C. § 271.

21. Sundesa has sustained damages, and will continue to sustain damages, as a result of Beachbody's aforementioned acts of infringement.

22. Sundesa is entitled to recover damages sustained as a result of Beachbody's wrongful acts in an amount to be proven at trial.

23. Beachbody's infringement of Sundesa's rights under the '235 Design Patent will continue to damage Sundesa's business, causing irreparable harm, for which there is no adequate remedy at law, unless Beachbody is enjoined by this Court.

24. Beachbody's blatant copying of Sundesa's intellectual property makes this an exceptional case, entitling Sundesa to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. §§ 284-85.

25. Alternatively, Plaintiff is entitled to recover Beachbody's total profits from its sale of the Accused Products under 35 U.S.C. § 289.

## PRAYER FOR RELIEF

Sundesa prays for judgment as follows:

A. A judgment finding Beachbody liable for infringement of the claims of the '235 Design Patent;

B.  Orders of this Court temporarily, preliminarily, and permanently enjoining Beachbody, its agents, servants, and any and all parties acting in concert with any of them, from directly or indirectly infringing in any manner any of the claims of the '235 Design Patent, pursuant to at least 35 U.S.C. § 283;

C.  An award of damages adequate to compensate Sundesa for Beachbody's infringement of the '235 Design Patent, in an amount to be proven at trial, or in the alternative, an award of Beachbody's total profits under 35 U.S.C. § 289;

D.  A declaration that this is an exceptional case and that Sundesa be awarded its attorney fees and expenses, pursuant to at least 35 U.S.C. § 285;

E.  An award of Sundesa's costs in bringing this action, pursuant to all applicable state statutory and common law, including at least 35 U.S.C. § 284.

F.  An award of Sundesa's attorney fees, pursuant to all applicable state statutory and common law.

G.  Prejudgment interest, pursuant to at least 35 U.S.C. § 284;

H.  Post-judgment interest, pursuant to at least 28 U.S.C. § 1961(a); and

I.  For such other and further relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Sundesa demands trial by jury on all claims and issues so triable.

DATED: July 18, 2013

Larry R. Laycock
David R. Wright
Tyson K. Hottinger
Adam B. Beckstrom
**MASCHOFF BRENNAN**

By: _/s/ Tyson Hottinger_
Tyson K. Hottinger

Attorneys for Plaintiff
SUNDESA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV13- 1087 CJC (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Sundesa, LLC, a Utah Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>Beachbody, LLC, a Delaware Limited Liability Company,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tyson K. Hottinger
Larry R. Laycock
David R. Wright
Maschoff Brennan
20 Pacifica, Suite 1130, Irvine, CA 92618
(949) 202-1900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUL 19 2013

*CLERK OF COURT*

DODJIE LAGMAN



*Signature of Clerk or Deputy Clerk*

1225

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
Sundesa, LLC, a Utah Limited Liability Company

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
BeachBody, LLC, a Delaware Limited Liability Company

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Maschoff Brennan
201 South Main Street, Suite 600
Salt Lake City, UT 8111
(435) 252-1360
&
Maschoff Brennan
20 Pacifica, Suite 1130
Irvine, CA 92618
(949) 202-1900

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

BY FAX

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ Subject to proof at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. Section 271 & 35 U.S.C. Section 284; Patent infringement

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | Habeas Corpus: | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY:  Case Number: **SACV13 - 01087 CJC (RNBx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?   [x] NO   [ ] YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?   [ ] NO   [x] YES

If yes, list case number(s):   Cases have not been assigned case numbers. A separate Notice of Related Cases will be filed once cases are assigned.

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- [ ] A. Arise from the same or closely related transactions, happenings, or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [x] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange |  |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _Tyson Hattery_   DATE: 7/18/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |