Tyson K. Hottinger (California State Bar No. 253221)
   E-mail: thottinger@mabr.com
Larry R. Laycock (Utah State Bar No. 4868; *Pro Hac Vice* Forthcoming)
   E-mail: llaycock@mabr.com
David R. Wright (Utah State Bar No. 5164; *Pro Hac Vice* Forthcoming)
   E-mail: dwright@mabr.com
Adam B. Beckstrom (Utah State Bar No. 14127; *Pro Hac Vice* Forthcoming)
   E-mail: abeckstrom@mabr.com

**MASCHOFF BRENNAN**

210 South Main St., Suite 600   &   20 Pacifica, Suite 1130
Salt Lake City, Utah 84111            Irvine, California 92618
Telephone: (435) 252-1360         Telephone: (949) 202-1900
Facsimile: (435) 252-1361          Facsimile: (949) 453-1104

Attorneys for Plaintiff
SUNDESA, LLC

JS-6

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sundesa, LLC, a Utah Limited Liability Company,<br><br>        Plaintiff,<br><br>  v.<br><br>Beachbody, LLC, a Delaware Limited Liability Company,<br><br>        Defendant. | Civil Case No.: 8:13-cv-01087-CJC (RNBx)<br><br>**CONSENT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION**<br><br>Assigned For All Purposes To:<br>Hon. Cormac J. Carney<br>Department 9B<br><br>Complaint Filed: July 19, 2013<br>Trial Date: Not Assigned |

[PROPOSED] CONSENT JUDGMENT AND
ORDER FOR PERMANENT INJUNCTION

WHEREAS Plaintiff Sundesa, LLC ("Sundesa") and Defendant Beachbody, LLC ("Beachbody") have agreed to settlement of the matter in issue between them and to entry of this consent judgment and permanent injunction, it is ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

Sundesa is a Utah limited liability company having its principal place of business in Pleasant Grove, Utah.

Beachbody, LLC is a Delaware limited liability company having its principal place of business in Santa Monica, California.

Sundesa owns United States Design Patent No. D510,235.

Without any prior knowledge of Sundesa's '235 Design Patent, and acting in good faith, Beachbody purchased Shakeology Shaker Cups from a third-party overseas manufacturer and sold them to its customers.

Sundesa filed a complaint in United States District Court for the District of Utah, Case No.: 8:13-cv-01087-CJC-RNB, against Beachbody for infringement of Sundesa's '235 Design Patent.

Unbeknownst to Beachbody, Sundesa alleges that the Shakeology Shaker Cups sold to Beachbody by this third-party overseas manufacturer may actually infringe at least one valid claim of Sundesa's '235 Design Patent.

## STIPULATION

To resolve the dispute by settlement and agreement, without the necessity of extensive litigation and the expenses and inconveniences incident thereto, Sundesa and Beachbody have agreed to enter into a settlement agreement, wherein Beachbody agrees to cease making, using, selling, offering for sale, or importing into the United States any Shakeology Shaker Cups in their current design. Beachbody further agrees to destroy any remaining Shakeology Shaker Cups in its possession or to dispose of them outside the United States on such terms as is agreed to by the parties, including, for example, by way of a charitable donation.

**ORDER**

Pursuant to the terms of a confidential settlement agreement, Beachbody, its agents, officers, servants, employees, and attorneys, and all persons in active concert and participation with them who receive actual notice of this Order by personal service or otherwise, are hereby permanently enjoined from making, using, selling, offering for sale, and importing into the United States Shakeology Shaker Cups in their current design.

Dated: August 27, 2013

_____
Hon. Cormac J. Carney
United States District Court Judge